3

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 23rd day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

Warren Benner, Secretary/Treasurer
*Don's Tire DC Automotive, Inc.*
4145 Whidden Boulevard
Suite 5 & 6
Charlotte Harbor, FL 33980

_____
Mary E. Augustine (No. 4477)